**FILED**

JAN 2 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: SEALED CASE | ) ) ) ) ) ) ) | No. 2 09 - SW - 0 - 14 GGH |

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until further order of the Court except for copies for use by the United States.

DATED: January 20, 2009

_____
GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

1

LAWRENCE G. BROWN
Acting United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:
America Online, located at
22000 AOL Way, Dulles, VA
20166, related to e-mail
account symmesrt@aol.com

NO. _____

<u>EX PARTE APPLICATION TO SEAL
SEARCH WARRANT AFFIDAVIT;
MEMORANDUM OF POINTS AND
AUTHORITIES</u>

The United States of America hereby applies to this Court for an order permitting it to file the affidavit in support of search warrant in the above-captioned proceedings <u>in camera</u> and <u>under seal</u>, absent further order by the Court. In support of this application, the government submits the attached Memorandum of Points and Authorities and a proposed order.

Dated: January 20, 2009         Respectfully submitted,

                                LAWRENCE G. BROWN
                                Acting United States Attorney

                            By: /s/ Russell L. Carlberg
                                RUSSELL L. CARLBERG
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

1

## MEMORANDUM OF POINTS AND AUTHORITIES

In the affidavit of Mark H. Roberts submitted in support of the search warrant, the United States has asked this Court to seal the affidavit. On several occasions the Ninth Circuit has held that federal district courts have the inherent power to seal such documents in appropriate circumstances. Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure would reveal facts that could interfere with an ongoing criminal case, trumping even the first and fourth amendments. See Times Mirror Co. v. United States, 873 F.2d 1210, 1217 (9th Cir. 1989) (presumption of secrecy in warrant proceedings applies because "disclosure could frustrate the government's efforts to investigate criminal activity"); see also In the Matter of Eyecare Physicians of America, 100 F.3d 514, 517 (7th Cir. 1996) ("no provision within the Fourth Amendment grants a fundamental right of access to sealed search warrant affidavits before an indictment"); see also Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1979).[1]

As is set forth in the Roberts affidavit, the premature disclosure of the affidavit would reveal details of the investigation that could imperil its progress against suspected co-conspirators. Accordingly, the government requests that this

---

[1] With respect to Mr. Gililland and Ms. Magpusao, although they have been indicted, they fled the jurisdiction and are currently in Spain. After they are in federal custody in the United States, discovery of relevant emails seized under these warrants will be made in accord with applicable law.

2

1 Court enter an order sealing the affidavit in support of search
2 warrant until the first of the individuals listed in Paragraph 32
3 of the affidavit is either indicted or taken into federal
4 custody, absent further order of the Court.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

LAWRENCE G. BROWN
Acting United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:
America Online, located at
22000 AOL Way, Dulles, VA
20166, related to e-mail
account symmesrt@aol.com

NO. _____

[PROPOSED] ORDER

The United States of America has applied to this Court for an Order permitting it to file the affidavit in support of search warrant in the above-entitled proceedings in camera and under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED THAT the affidavit in support of search warrant in the above-entitled proceedings shall be filed with this Court in camera and under seal and shall not be disclosed to any person, absent further order by the Court.

DATED: January 20, 2009.

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Presented by:

RUSSELL L. CARLBERG
Assistant United States Attorney