1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

**FILED**

SEP 09 2011



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Yahoo! Inc., 701 First Ave,        )   Case No. 2:09-SW-0014 GGH
Sunnyvale, CA related to the       )
following email accounts:          )   [~~PROPOSED~~] ORDER TO UNSEAL
                                   )   SEARCH WARRANT
jgrivette@yahoo.com;               )
givenerthrottle@yahoo.com;         )
remyheng123@yahoo.com;             )
tammy3rdskyescrow@yahoo.com;       )
roxana_extremefunding@yahoo.com    )
chamorroassoc@yahoo.com; and       )
vazquez_haydee@yahoo.com;          )
_____)

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

1. That the search warrant and supporting affidavit in the above-entitled matter be immediately unsealed.

Date: __9/9/__, 2011

_____
DALE A. DROZD
United States Magistrate Judge

3